*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED 08/17/2017
District of Columbia
Court of Appeals
Julio Castillo
Clerk of Court

No. 16-BG-1069

IN RE SHERLOCK V. GRIGSBY,

                            Respondent.        Board Docket Nos. 14-BD-103, 14-BD-105, 14-BD-106 & 14-BD-107

Bar Registration No. 494432        DDNs: 2013-D064, 2013-D439, 2013-D240, 2013-D100

BEFORE: Beckwith, Associate Judge; McLeese, Associate Judge; and Farrell, Senior Judge.

**ORDER**
(FILED – August 17, 2017)

The Board on Professional Responsibility concluded that respondent engaged in intentional misappropriation and recommends that the respondent be disbarred. Neither respondent nor Bar Counsel has excepted to that conclusion and recommendation. We therefore accept the Board's recommendation. D.C. Bar R. XI, § 9 (h)(2).

Accordingly, it is ORDERED that respondent Sherlock V. Grigsby is hereby disbarred from the practice of law in the District of Columbia. For purposes of reinstatement, the period of disbarment will begin to run when Mr. Grigsby has filed an affidavit demonstrating full compliance with D.C. Bar R. XI, § 14 (g).

PER CURIAM